**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:** |

- *Martin v. KeyBank N.A., et al.*, Case No. 2:22-cv-01346 (W.D. Pa.).

- *Bozin v. KeyBank N.A., et al.*, Case No. 1:22-cv-01536 (N.D. Ohio).

- *Urciuoli v. KeyBank N.A., et al.*, Case No. 1:22-cv-1598 (N.D. Ohio).

- *Marlowe v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03648 (N.D. Ga.).

- *Samsel v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03593 (N.D. Ga.).

- *Archer v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03780 (N.D. Ga.).

- *Brouty et al., v. KeyBank N.A., et al.,* Case No. 1:22-cv-01885 (N.D. Ohio).

- *Pittman v. KeyBank N.A., et al.,* Case No. 2:22-cv-01513 (W.D. Pa.).

## CORRECTED PROOF OF SERVICE

I hereby certify under penalty of perjury that on November 9, 2022, I caused to be electronically

served the CORRECTED PROOF OF SERVICE OF DEFENDANTS KEYBANK N.A. AND

KEYCORP'S RESPONSE IN OPPOSITION through the CM/ECF system on all counsel of

record in the above-referenced eight individual cases, and caused to be mailed by U.S. Mail,

Postage Prepaid, the foregoing, the underlying Defendants KeyBank N.A. and KeyCorp's

Response in Opposition, and the notice of electronic filing to Overby-Seawell Co. at the

following addresses:

> **Overby-Seawell Co.**
> c/o Corporation Service Company
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092
>
> Tawana Blocker Johnson
> **Wilson Esler Moskowitz Edelman & Dicker – Atlanta**
> 3348 Peachtreet Road N.E., Suite 1400
> Atlanta, GA 30326
> tawana.johnson@wilsonelser.com
>
> Geoffrey A. Belzer
> **Wilson Esler Moskowitz Edelman & Dicker – Chicago**
> 55 West Monroe Street, Suite 3800
> Chicago, IL 60603
> geoffrey.belzer@wilsonelser.com

Date:   November 9, 2022

*/s/ James J. Pastore, Jr.*
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 1002
Telephone: (212) 909-6793
Facsimile: (212) 909-6836
Email: jjpastore@debevoise.com

*Counsel for Defendants KeyBank*
*N.A. and KeyCorp*